UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR94-698-WJR |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ON REVOCATION |
| -v- | ) | OF SUPERVISED RELEASE |
| | ) | |
| MARCUS JONES, | ) | |
| | ) | |
| Defendant. | ) | |

**WHEREAS,** on February 6, 1995, the defendant was sentenced upon a plea of guilty as charged in the single-count indictment; Possession of Counterfeit Payroll Checks; Aiding and Abetting in violation of 18 USC 513 and 2. **(SEE ATTACHED JUDGMENT AND COMMITMENT ORDER).**

**WHEREAS,** on May 20, 1996, the cause came before this Court; and the defendant was represented by Scott Furstman, appointed counsel; the Government was represented by Lee Arian, Assistant United States Attorney.

The defendant admitted to the allegations as set forth in the Petition for Action of Court.

The Court found that the defendant had violated the terms and conditions of his supervised release. **(SEE ATTACHED ORDER ON REVOCATION OF SUPERVISED RELEASE).**

**AND NOW,** on March 30, 1998, the cause having come before this Court; and the defendant is represented by Karen Woods, appointed counsel; the Government is represented by Patricia Davies, Assistant United States Attorney.

The defendant admits allegations 1, 2, 3 and 4 as set forth in the Petition for Action of Court.

**THE COURT FINDS** that the defendant has violated the terms and conditions of his supevised release.

**IT IS HEREBY ADJUDGED** that the defendant be reinstated on supervised release through September 17, 1998 under the same terms and conditions as previously imposed.

DATED: 4-13-98

WILLIAM J. REA, U.S. DISTRICT JUDGE

# United States District Court
## Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA vs. | Docket No. CR – 94-698-WJR |
| Defendant's Name __MARCUS JONES__ | Social Security No. __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__ |
| Residence __1100 East 150__ | Mailing Address __SAME__ |
| Address __Los Angeles, CA 90220__ | |

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| 02 | 06 | 95 |

**COUNSEL**
- [ ] **WITHOUT COUNSEL** However, the Court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.
- [XXX] **WITH COUNSEL** __SCOTT FURSTMAN, Appointed__
(Name of Counsel)

**PLEA**
- [XXX] GUILTY, and the Court being satisfied that there is a factual basis for the plea.
- [ ] NOLO CONTENDERE
- [ ] NOT GUILTY

**FINDING** There being a finding/verdict of [ ] GUILTY, defendant has been convicted as charged of the offense(s) of:

18 USC 513; 2: Possession of Counterfeit Payroll Checks; Aiding and Abetting (Single-count indictment).

**JUDGMENT AND PROB./COMMITMENT ORDER**
The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of:

Pursuant to 18 USC 3663, the defendant shall make restitution in the amount of $5,144.25 payable to Norwest Bank, 1740 Broadway, Denver, Colorado 80274-8632, ATTN: Denise Bril.

IT IS ORDERED that the defendant shall be committed to a term of six(6) months in a half-way house.

Upon release, the defendant shall be placed on supervised release for a term of three(3) years under the following terms and conditions:

The defendant shall comply with the rules and regulations of the United States Probation Office and General Order 318;

The defendant shall contribute 100 hours of community service as directed by the Probation Officer;

If the amount of any mandatory assessment, restitution or fine imposed by this judgment remains unpaid at the commencement of the term of community supervision, the defendant shall pay such remainder as directed by the Probation Officer.

Pursuant to Section 5E1.2(f) of the Guidelines, all fines are waived, including the costs of imprisonment and supervivision. **(SEE NEXT PAGE)**

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

- [ ] This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center.

Signed By [XXX] U.S. District Judge __WILLIAM J. REA__  [ ] U.S. Magistrate _____

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

FRANK E. GOODROE, CLERK

Dated/Filed __02-24-95__  By _____ Deputy Clerk

O-245-A (01/90)

```
CR94-698-WJR                                              02-06-95
USA -v- JONES                                              Page 2
```

JUDGMENT AND SENTENCING (CONT'D)

It is further ordered that the defendant shall pay to the United States a special assessment of $50.

The defendant is ordered to surrender to the half-way house as designated by the Probation Office on or before March 6, 1995.

BOND IS ORDERED EXONERATED UPON THE DEFENDANT'S SURRENDER TO THE HALF-WAY HOUSE.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA, )   CR94-698-WJR
                          )
            Plaintiff,    )
                          )   ORDER ON REVOCATION
                          )   OF SUPERVISED RELEASE
     -v-                  )
                          )
                          )
MARCUS JONES,             )
                          )
            Defendant.    )
                          )
                          )
_____)

   **WHEREAS,** on February 6, 1995, the defendant was sentenced upon a plea of guilty as charged in the single-count indictment; Possession of Counterfeit Payroll Checks; Aiding and Abetting in violation of 18 USC 513;2.  **(SEE ATTACHED JUDGMENT AND COMMITMENT ORDER).**

   **AND NOW,** on May 20, 1996, the cause having come before this Court; and the defendant is represented by Scott Furstman, appointed counsel; the Government is represented by Lee Arian, Assistant United States Attorney.

The defendant admits the allegations as set forth in the Petition for Action of Court filed on April 18, 1996.

   **THE COURT FINDS** that the defendant has violated the terms and conditions of his supervised release.

   **IT IS HEREBY ADJUDGED** that the defendant's supervised release be revoked; and ordered reinstated under the same terms and conditions as previously imposed, and modified to include a term of custody at a community corrections center (CCC) for a period of three(3) months.

It is further ordered that the cost of subsistence be waived during the defendant's confinement at the community corrections center.

The defendant is ordered released from custody forthwith, and shall surrender himself to the designated community corrections center on or before June 5, 1996.

The defendant shall report to the United States Probation Office within 72 hours of his release.

DATED: 5-31-96

WILLIAM J. REA
UNITED STATES DISTRICT COURT JUDGE